UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PRZYBYLA,<br><br>     Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>     Defendant. | Case No. 24-cv-01090-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the initial case management conference held on May 30, 2024, the Court orders as follows:

| | |
|---|---|
| Participate in court-sponsored mediation: | August 22, 2024 |
| Deadline to Lodge Administrative Record: | October 29, 2024 |
| Opening Rule 52 Brief: | October 29, 2024 |
| Responsive Rule 52 Brief: | November 26, 2024 |
| Rule 52 hearing: | December 19, 2024 at 10:00 a.m. |

The parties are referred to the Court's ADR program for a mediation to occur by August 22, 2024.

**IT IS SO ORDERED.**

Dated: May 31, 2024

JACQUELINE SCOTT CORLEY
United States District Judge